

140 Broadway, Fl. 46  
New York, NY 10005  
www.gr-firm.com

Adrian Gucovschi, Esq.  
Tel: (212) 884-4230  
Email: adrian@gr-firm.com

May 19, 2025

*Via ECF*

The Honorable Jennifer L. Rochon  
United States District Judge  
Southern District of New York  
500 Pearl Street, Chambers 1920  
New York, NY 10007

**The request is GRANTED. The initial pretrial conference is rescheduled to June 18, 2025 at 12:30 p.m.**

Date:    May 20, 2025  
            New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON  
United States District Judge

**Re:** *Marquis v. Focus Multimedia, Ltd.*, **No. 1:25-cv-01011 (S.D.N.Y.)**  
**Request for Adjournment of Initial Pretrial Conference**

Dear Judge Rochon:

This firm represents Plaintiff Rudolph Marquis III. By this Letter-Motion, Plaintiff requests that the Court adjourn the initial pretrial conference scheduled for May 27, 2025, at 12:00 pm. ECF No. 3. On May 6, 2025, the Court entered an order extending Defendant's time to answer or otherwise respond to the Complaint until June 11, 2025. ECF No. 7. Since that time, Plaintiff and Defendant have engaged in constructive talks to explore an early resolution of this case. To aid these discussions and conserve judicial resources, Plaintiff respectfully requests that the initial pretrial conference be extended to a date after the Defendant's deadline to respond to the Complaint. Counsel for Defendant Focus Multimedia Ltd., consented to the filing of this Letter-Motion. This is the first request for an extension of this deadline. The requested extension will not prejudice the administration of this case. There is no Scheduling Order that would be affected.

Thank you in advance for Your Honor's consideration of and attention to this matter.

Respectfully submitted,

By: */s/ Adrian Gucovschi*  
Adrian Gucovschi, Esq.  
Attorney for Plaintiff

cc: All counsel of record (via ECF)